IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**OXFORD UNIVERSITY BANK, et al.**                                                                    **PLAINTIFFS**

**v.**                                                                **CIVIL CASE NO. 3:15CV145-NBB-SAA**

**WELLS FARGO BANK NATIONAL
ASSOCIATION, as Trustee for Soloso
CDO 2005-1 LTD**                                                                  **DEFENDANT**

## ORDER ADMITTING COUNSEL PRO HAC VICE

The court has considered the motion to have attorney Robert B. Bieck, Jr. appear *pro hac vice* on behalf of plaintiffs. After reviewing the motion and the record, the court finds that the requirements of L.U.Civ.R. 83.1(d) have been met, and the motion should be granted, but only on condition that counsel pays the admission fee and registers to be served electronically with orders and notices from the court by no later than September 4, 2015. Counsel may register electronically by accessing the Attorney Registration site at www.msnd.uscourts.gov/ecf and completing the Online ECF Attorney Registration Form.

SO ORDERED, this, the 28th day of August, 2015.

                                                                     /s/ S. Allan Alexander
                                                                     UNITED STATES MAGISTRATE JUDGE