IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

OXFORD UNIVERSITY BANK, CITIZENS BANK
& TRUST COMPANY OF MARKS, COASTAL
COMMERCE BANK, FIRST COMMERCIAL
BANK as Successor-In-Interest to DESOTO
COUNTY BANK, FIRST STATE BANK,
GUARANTY BANK AND TRUST COMPANY,
NEWTON COUNTY BANK, THE FIRST, A
NATIONAL BANKING ASSOCIATION, COPIAH
BANK, N.A., HOLMES COUNTY BANK AND
TRUST COMPANY, and PRIORITYONE BANK                 PLAINTIFFS

v.                                                  CASE NO. 3:15cv145-NBB-SAA

WELLS FARGO BANK, NATIONAL
ASSOCIATION, as Trustee for Soloso
CDO 2005-1 LTD,                                     DEFENDANT

## ORDER OF RECUSAL

The undersigned hereby recuses himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

**SO ORDERED**, this the 28th day of August, 2015.

    /s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**