# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

OXFORD UNIVERSITY BANK; CITIZEN BANK & TRUST
COMPANY OF MARKS; COASTAL COMMERCE BANK;
FIRST COMMERCIAL BANK as Successor-In-Interest to
DESOTO COUNTY BANK; FIRST STATE BANK;
GUARANTY BANK AND TRUST COMPANY; NEWTON
COUNTY BANK; THE FIRST, A NATIONAL BANKING
ASSOCIATION; COPIAH BANK, N.A.; HOLMES COUNTY
BANK AND TRUST COMPANY; and PRIORITYONE BANK        Plaintiffs

v.                                                  Civil Action No. 3:15CV145-MPM-SAA

WELLS FARGO BANK, NATIONAL ASSOCIATION,
As Trustee for Soloso CDO 2005-1 LTD.                              Defendant

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that J. Cal Mayo, Jr., of MAYO MALLETTE PLLC, has been retained by Defendant Wells Fargo Bank. He gives notice to all parties in interest of his request that all notices given or required to be given in this case and all pleadings and other papers served or required to be served in this case be provided to and served upon them as follows:

> J. CAL MAYO, JR., Esq.
> MAYO MALLETTE PLLC
> 2094 Old Taylor Road
> 5 University Office Park
> Post Office Box 1456
> Oxford, Mississippi 38655
> Telephone: (662) 236-0055
> Facsimile: (662) 236-0035
> *cmayo@mayomallette.com*

PLEASE TAKE FURTHER NOTICE that this demand includes not only the notices, pleadings and other papers, but also includes, without limitation, all orders, applications, complaints, motions, petitions, pleadings, requests and demands, whether formal or informal, whether *ex parte* or on notice, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telegraph or otherwise.  Defendant specifically reserves all claims and defenses.

THIS, the 31st day of August, 2015.

        Respectfully submitted,

        WELLS FARGO BANK, NATIONAL
        ASSOCIATION, As Trustee for Soloso
        CDO 2005-1 LTD


        /s/ J. Cal Mayo, Jr.
        J.CAL MAYO, JR. (MB NO. 8492)
        *ATTORNEY FOR DEFENDANT*

OF COUNSEL:

MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road
Post Office Box 1456
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
cmayo@mayomallette.com

## CERTIFICATE OF SERVICE

I, J. Cal Mayo, Jr., one of the attorneys for Defendant, do certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all attorneys of record.

THIS, the 31st day of August, 2015.

                /s/ J. Cal Mayo, Jr.
                J. CAL MAYO, JR. (MB NO. 8492)