**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **OXFORD UNIVERSITY BANK, ET AL** | **PLAINTIFF** |
| **V.** | **3:15CV145-M-A** |
| **WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for Soloso CDO 2005-1 LTD** | **DEFENDANT** |

## ORDER

The above styled and numbered cause was assigned to United States District Judge Michael P. Mills on August 28, 2015. Judge Mills, on his own motion, hereby **RECUSES** himself from this cause.

It is hereby **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This the 31st day of August, 2015.

/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**