IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| OXFORD UNIVERSITY BANK;<br>CITIZENS BANK & TRUST COMPANY OF MARKS;<br>COASTAL COMMERCE BANK;<br>FIRST COMMERCIAL BANK as Successor-In-Interest to DESOTO COUNTY BANK;<br>FIRST STATE BANK;<br>GUARANTY BANK AND TRUST COMPANY;<br>NEWTON COUNTY BANK;<br>THE FIRST, A NATIONAL BANKING ASSOCIATION;<br>COPIAH BANK, N.A.;<br>HOLMES COUNTY BANK AND TRUST COMPANY; and<br>PRIORITYONE BANK<br><br>    **Plaintiffs**<br><br>**VERSUS**<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for Soloso CDO 2005-1 LTD.<br><br>    **Defendant** | CIVIL ACTION NO.<br>3:15CV00145 DMB-SAA |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Notice is hereby given that Oxford University Bank; Citizens Bank & Trust Company of Marks; Coastal Commerce Bank; First Commercial Bank as Successor-in-Interest to Desoto County Bank; First State Bank; Guaranty Bank and Trust Company; Newton County Bank; The First, a National Banking Association; Copiah Bank, N.A.; Holmes County Bank and Trust Company, and PriorityOne Bank, by and through counsel, pursuant to Federal Rule of Civil

{N3133036.1}

Procedure 41(a)(1)(A)(i), hereby dismiss the above-styled and numbered action without prejudice.

This 25th day of November 2015.

        Respectfully Submitted,

        OXFORD UNIVERSITY BANK; CITIZENS BANK & TRUST COMPANY OF MARKS; COASTAL COMMERCE BANK; FIRST COMMERCIAL BANK AS SUCCESSOR-IN-INTEREST TO DESOTO COUNTY BANK; FIRST STATE BANK; GUARANTY BANK AND TRUST COMPANY; NEWTON COUNTY BANK; THE FIRST, A NATIONAL BANKING ASSOCIATION; COPIAH BANK, N.A.; HOLMES COUNTY BANK AND TRUST COMPANY, AND PRIORITYONE BANK

        By Their Attorneys,
        JONES WALKER LLP

        By: */s/ Kaytie M. Pickett*
             Kaytie M. Pickett

Kaytie M. Pickett (MSB # 103202)
J. Andrew Gipson (MSB # 100792)
JONES WALKER LLP
190 East Capitol Street, Suite 800 (39201)
P.O. Box 427
Jackson, MS 39205-0427
Telephone: (601) 949-4900
Facsimile: (601) 949-4804
kpickett@joneswalker.com
agipson@joneswalker.com

Jim Greenlee (MSB #5001)
HOLCOMB DUNBAR
400 South Lamar Blvd., Suite A
P.O. Drawer 707
Oxford, MS 38655
Telephone: (662) 234-7552
Facsimile: (662) 238-7552
jgreenlee@holcombdunbar.com