IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**OXFORD UNIVERSITY BANK, ET AL.**                      **PLAINTIFFS**

**V.**                      **NO. 3:15-CV-00145-DMB-SAA**

**WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for Soloso CDO 2005-1 LTD.**                      **DEFENDANT**

## FINAL JUDGMENT

In consideration of the notice of voluntary dismissal [11] filed on November 25, 2015, this matter is **DISMISSED without prejudice**.

**SO ORDERED**, this 10th day of December, 2015.

                                             **/s/ Debra M. Brown**
                                             **UNITED STATES DISTRICT JUDGE**